# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION



CHARLOTTE REEVES; CARL MONTE REEVES;
and A-1 PALLET COMPANY                                  PLAINTIFFS

VS.                        CIVIL ACTION NO.: 3:08CV433HTW-LRA

CITY OF JACKSON, MISSISSIPPI; FRANK E.
MELTON, IN HIS INDIVIDUAL AND OFFICIAL
CAPACITIES; AND JOHN DOES 1-10                             DEFENDANTS

---

## ORDER FOR VOLUNTARY DISMISSAL

---

CAME ON to be heard the Plaintiffs' Motion for Voluntary Dismissal requesting a voluntary dismissal of the present action. The Court having heard and considered said motion and being advised that Defendants have no objection, finds that the motion is well taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED, that the Plaintiffs' Amended Complaint, along with all pending motions, are hereby dismissed without prejudice, pursuant to Fed. R. Civ. P. 41.

SO ORDERED AND ADJUDGED, this, the 17the day of December, 2008.

                                           _/s/ Henry T. Wingate_
                                           UNITED STATES DISTRICT JUDGE

Agreed as to form and substance:

_____
Eduardo A. Flechas, MSB #10669
FLECHAS & ASSOCIATES, P.A.
318 South State Street
Jackson, Mississippi 39201
Attorney for Plaintiffs


_____ w/ permission
Fred L. Banks, Jr., MSB #1739
Kenneth J. Grigsby, MSB #99911
PHELPS DUNBAR LLP
111 East Capitol Street, Suite 600
Jackson, Mississippi 39201
Attorneys for Defendants